# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAO KUANG,<br><br>    Plaintiff,<br>  vs.<br><br>MICHAEL CHERTOFF, Secretary of the Department of Homeland Security, et al.,<br><br>    Defendants. | CASE NO. 07 CV 0321 JM (POR)<br><br>**ORDER GRANTING PLAINTIFF'S EX PARTE APPLICATION TO FILE PETITION UNDER SEAL** |

On February 20, 2007, Plaintiff filed a Petition for Hearing on Naturalization Application Under 8 U.S.C. § 1447(b). On February 26, 2007, Plaintiff filed the present ex parte application seeking to place this petition under seal because "[t]he Plaintiff's personal information, such as social security number, date of birth, Alien Number, name, phone number and home address, are integral part of the complaint. Making those information available to the general public might expose the Plaintiff to identity theft." See Docket No. 4. Plaintiff's ex parte application is hereby **GRANTED.** The clerk is **ORDERED** to file the petition under seal, allowing only the court and the parties to view the petition. See Docket No. 1.

**IT IS SO ORDERED.**

DATED: March 5, 2007

_____
Hon. Jeffrey T. Miller
United States District Judge

cc: All Parties

07cv0321