UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAO KUANG, | Case No. 07-cv-00321-JM (POR) |
| Plaintiff, | |
| v. | **ORDER GRANTING JOINT MOTION TO WITHDRAW DEFENDANTS' MOTION AND TO REMAND TO USCIS** |
| MICHAEL CHERTOFF, Secretary, U.S. Department of Homeland Security; et al., | [Docket No. 13] |
| Defendants. | |

Having considered the parties' Joint Motion to Withdraw Defendants' Motion and to Remand to USCIS (Docket No. 13) and finding the joint motion meritorious, the Court GRANTS the motion and ORDERS that the above numbered cause of action is remanded to USCIS.   All pending motions are denied as moot.  This Court does not retain jurisdiction.

**IT IS SO ORDERED.**

DATED: June 25, 2007

_____
Hon. Jeffrey T. Miller
United States District Judge

cc: All Parties